**Dale FIECK, deceased, by Nancy Nelson, conservator of Brandon Fieck, Respondent,**

v.

**BRANDRUP & ASSOCIATES, INC. and Grinnell Mutual Reinsurance Company, Relators,**

**Wylma Morton, conservator of Alyssa Morton, Respondent.**

No. C0–98–812.

Supreme Court of Minnesota.

July 17, 1998.

Kerry C. Koep, Jardine, Logan & O'Brien, P.L.L.P., St. Paul, for Relators.

James R. Carlson, Muir, Heuel, Carlson & Spelhaug, P.A., Rochester, Ronald R. Envall, Clure, Eaton, Butler, Michelson, Ferguson & Munger, P.A., Duluth, for Respondent Wylma Morton.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 14, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Deceased employee's conservator is awarded $400 in attorney fees.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice